1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   E. K. WADE,

11              Plaintiff,                        No. C 17-80094 WHA

12     v.

13   ELAINE CHAO *et al*.,                        **ORDER RE PRE-FILING**
                                                  **REVIEW OF COMPLAINT**
14              Defendants.

15   _____/

16        The Court has reviewed plaintiff E.K. Wade's new complaint (filed twice) in *Wade v.*

17   *Chao, et al.*, No. 3:17-mc-80094-WHA (Dkt. Nos. 4, 10), and finds its contents are frivolous

18   and repetitive of past filings in plaintiff's prolonged series of lawsuits against Elaine Chao (the

19   former Secretary of Labor), and the United States Department of Labor.  Accordingly,

20   pursuant to the pre-filing review order issued on June 24, 2010, in *Wade v. Gilliland, et al.*,

21   No. 3:10-cv-00425-WHA (Dkt. No. 100), the Clerk is directed not to accept the new complaint

22   for filing.  Plaintiff's concurrent motions for leave to file a fifth amended complaint, and motion

23   to amend fifth amended complaint are **DENIED AS MOOT**.  The Clerk shall please **CLOSE THE**

24   **FILE**.

25

26        **IT IS SO ORDERED.**

27

28   Dated: September 18, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE